León, Appellant, *v.* Rodríguez, Appellee.

District Court of Ponce.

No. 2810.—Decided December 11, 1922.

In this action for the annulment of a deed of purchase and sale the plaintiff alleged that she was the owner of a certain urban property in Ponce and although there was a deed of sale of the said house to the defendant, the fact is that the sale was never consummated and that the deed was fraudulent. After trial the court gave judgment against the plaintiff. The only question in this appeal is the weighing of the evidence by the trial court and upon a review of it we have not found passion, prejudice or partiality or substantial error and, therefore, the decision of the trial judge is accepted by this court. The judgment is affirmed.

Mr. Chief Justice Del Toro delivered the opinion of the court.